Evan J. Smith, Esquire (SBN 242352)
esmith@brodsky-smith.com
Ryan Cardona, Esquire (SBN 302113)
rcardona@brodsky-smith.com
Marc L. Ackerman, Esquire (Admitted *Pro Hac Vice*)
mackerman@brodskysmith.com
BRODSKY & SMITH, LLC
9595 Wilshire Blvd., Ste. 900
Beverly Hills, CA 90212
Telephone: (877) 534-2590
Facsimile: (310) 247-0160

*Counsel for Plaintiff Jorge Ramirez*

William W. Funderburk Jr. (SBN 176244)
Alastair F. Hamblin (SBN 282044)
CASTELLON & FUNDERBURK LLP
811 Wilshire Blvd., Suite 1025
Los Angeles, CA 90017
Telephone: (213) 623-7515
Facsimile: (213) 532-3984
wfunderburk@candffirm.com
ahamblin@candffirm.com

*Attorneys for Defendant City Fibers, Inc.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE RAMIREZ, | ) Civil No. 2:17-cv-01300-AB-AGR |
| | ) |
| Plaintiff, | ) |
| vs. | ) **STIPULATION TO DISMISS** |
| | ) **PLAINTIFF'S CLAIMS WITHOUT** |
| CITY FIBERS, INC. | ) **PREJUDICE** |
| | ) |
| Defendant. | ) **[FRCP 41(a)(1)]** |
| | ) |
| | ) |
| | ) |
| _____ | ) |

WHEREAS, on October 14, 2016, as required by the CWA, 33 U.S.C. § 1365(b)(1)(A), Plaintiff provided notice of intent to file suit against Defendant for CWA violations ("Notice Letter") to the Administrator of the United States Environmental Protection Agency ("EPA"); the Regional Administrator of EPA Region IX; the Executive Director of the State Water Resources Control Board ("State Board"); the Executive Officer of the Regional Water Quality Control Board, Los Angeles Region ("Regional Board") collectively, "state and federal agencies") and Defendant;

WHEREAS, on February 17, 2017, Plaintiff filed his Complaint against Defendant in this Court (the "*Ramirez* Action");

WHEREAS, on August 10, 2017, Los Angeles Waterkeeper filed a related action against Defendant, styled *Los Angeles Waterkeeper v. City Fibers, Inc.*, 2:17-cv-05960-AB-AGR.  The *Los Angeles Waterkeeper* Action addresses multiple facilities owned by City Fibers, Inc., including the facility at issue in the *Ramirez* Action;

WHEREAS, on August 12, 2017, Defendant City Fibers, Inc. filed its Answer in the *Ramirez* Action;

WHEREAS, Plaintiff Ramirez has determined that rather than have two actions proceed that address similar issues involving the same facility, that it is more efficient to have the *Los Angeles Waterkeeper* Action proceed and for Plaintiff to dismiss the *Ramirez* Action without prejudice on the terms set forth herein;

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties that Ramirez's claims, as set forth in the Notice Letter and Complaint, be dismissed without prejudice.  The dismissal will be effective upon the filing of this Stipulation. Further, Plaintiff Ramirez and Defendant City Fibers, Inc. agree that each side will bear its own costs and attorneys' fees and no claim will be made by either party, or their counsel, for any costs or attorneys' fees.  The parties further agree that given the similar nature of the allegations in the *Ramirez* Action and

STIPULATION TO DISMISS PLAINTIFF'S CLAIMS WITHOUT PREJUDICE

the *Los Angeles Waterkeeper* Action with respect to the City Fibers' Facility located at 3033 East Washington Blvd., Los Angeles, CA 90023, that upon notice by Defendant City Fibers, Inc. of the conclusion of the *Los Angeles Waterkeeper* Action by any means, including without limitation, the court's entry of a consent decree, Plaintiff Ramirez will convert this Dismissal Without Prejudice to a Dismissal With Prejudice. Plaintiff Ramirez shall file the Dismissal with Prejudice within ten calendar days of receiving notice of the conclusion of the *Los Angeles Waterkeeper* Action.


Respectfully Submitted,

Dated: August 30, 2018          **BRODSKY & SMITH, LLC**


By: *s/Evan J. Smith*
Evan J. Smith, Esquire (SBN242352)
esmith@brodsky-smith.com
Ryan Cardona, Esquire (SBN302113)
rcardona@brodsky-smith.com
9595 Wilshire Boulevard, Suite 900
Beverly Hills, CA 90212
Telephone:   (877) 534-2590
Facsimile:    (310) 247-0160

*Attorneys for Plaintiff*

Dated: August 30, 2018          **CASTELLON& FUNDERBURK LLP**


By: *s/ William W. Funderburk Jr.*
William W. Funderburk Jr. (SBN 176244)
Alastair F. Hamblin (SBN 282044)
811 Wilshire Blvd., Suite 1025
Los Angeles, CA 90017
Telephone: (213) 623-7515
Facsimile: (213) 532-3984
wfunderburk@candffirm.com

STIPULATION TO DISMISS PLAINTIFF'S CLAIMS WITHOUT PREJUDICE

1    ahamblin@candffirm.com

2    *Attorneys for Defendant City Fibers, Inc.*

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28