JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE RAMIREZ,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY FIBERS, INC.,<br><br>    Defendant. | **Case No. 2: 17-cv-01300-AB-AGR**<br><br>**[PROPOSED] ORDER ENTERING PARTIES' PREVIOUSLY FILED STIPULATION TO DISMISS**<br><br>Complaint Filed: February 17, 2017 |

And Now, to wit, upon consideration of the Parties' previously filed Stipulation to Dismiss Case Pursuant to FRCP 41(a)(1)(A)(ii) [Dkt. 38], it is hereby ORDERED that the Stipulation to Dismiss is ENTERED and that this matter is Dismissed Without Prejudice.

**IT IS SO ORDERED**

Dated: September 18, 2018

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE