CLOSED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE RAMIREZ,<br><br>              Plaintiff,<br><br>vs.<br><br>CITY FIBERS, INC.,<br><br>              Defendant. | **Case No. 2: 17-cv-01300-AB-AGR**<br><br>**~~[PROPOSED]~~ ORDER ENTERING PARTIES' STIPULATION TO CONVERT PREVIOUSLY ENTERED DISMISSAL OF PLAINTIFF'S CLAIMS WITHOUT PREJUDICE TO A DISMISSAL OF PLAINTIFF'S CLAIMS WITH PREJUDICE**<br><br>Complaint Filed:  February 17, 2017 |

    And Now, to wit, upon consideration of the Parties' Stipulation to Convert the Previously Entered Dismissal of Plaintiff's Claims Without Prejudice to a Dismissal of Plaintiff's Claims with Prejudice Pursuant to FRCP 41(a)(1)(A)(ii), it is hereby ORDERED that the Stipulation is ENTERED and that this matter is DISMISSED WITH PREJUDICE and without costs.

**IT IS SO ORDERED**

Dated: 1/25/2019

BY THE COURT:

_____
HONORABLE ANDRÉ BIROTTE
UNITED STATES DISTRICT JUDGE